```
              IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF PUERTO RICO
```

```
IN RE
                                         CASE NUMBER  08-05625-ESL
EVELYN GONZALEZ GONZALEZ

                                         CHAPTER 13
Debtor(s)
******************************\
```

**TRUSTEE'S CERTIFICATION OF DISCHARGE**

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, very respectfully, **CERTIFIES** that:

1. Debtor(s) has/have completed all payments under the confirmed/approved plan.

**11 U.S.C. 1328(a) and LBR 3015-2(j)**

2. According to the record of the case, debtor(s) has/have NO domestic support obligation.

**11 U.S.C. 1328(f) Prior Discharge**

3. Debtor(s) has/have NOT received a discharge under Chapter 7, 11 or 12 during the 4-year period preceding the date of the filing of this petition.

4. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

**11 U.S.C. 1328(g)**
**Instructional Course Requirement**

5. Debtor(s) has/have **NOT** filed the certification of completion of an instructional course concerning personal financial management pursuant to 11 U.S.C. 111 and Fed.R.Bank.P. 1007(b)(7).

**11 U.S.C. 1328(h)**

6. Section 1328(h) is not applicable in the present case.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of the above mentioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all non CM/ECF participants.

In San Juan, Puerto Rico, this 10/29/2013.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com


By: /s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA

| | |
|---|---|
| 08-05625-ESL | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ANGEL M EGOZCUE*<br>PO BOX 366087<br>SAN JUAN, PR 00936-6087 | AT&T MOBILITY PR<br>CINGULAR WIRELESS<br>PO BOX 192830<br>SAN JUAN, PR 00919-2830 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | CITIFINANCIAL<br>4740 121st ST<br>URBANDALE, IA 50323 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | DORAL BANK<br>MARTINEZ & TORRES LAW OFFICES<br>PO BOX 192938<br>SAN JUAN, PR 00919-2938 |
| ECAST SETTLEMENT CORPORATION<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL ROAD STE 200<br>TUCSON, AZ 85712 | ECAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK, NJ 07193-5480 |
| ECAST SETTLEMENT CORPORATION<br>PO BOX 7247 6971<br>PHILADELPHIA, PA 19170-6971 | EVELYN GONZALEZ GONZALEZ<br>HC 3 BOX 11996<br>CAMUY, PR 00627 |
| GE MONEY BANK<br>PO BOX 960090<br>ORLANDO, PR 32896-0090 | HSBC BANK NEVADA NA<br>BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD SUITE 200<br>TUCSON, AZ 85712 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO 63195-3185 |

08-05625-ESL
Page 2

| | |
|---|---|
| MIDLAND FUNDING LLC<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | NEWPORT NEW<br>PO BOX 659705<br>SAN ANTONIO, PR  78265-9705 |
| ORIENTAL BANK AND TRUST<br>C/O ENRIQUE NASSAR RIZEK<br>PO BOX 191017<br>SAN JUAN, PR  00919-1017 | ORIENTAL BANK AND TRUST<br>PO BOX 364745<br>SAN JUAN, PR  00936-4745 |
| RECOVERY MANAGEMENT SYSTEM CORP.<br>C/O RAMESH SINGH<br>25 S.E. 2ND AVENUE,SUITE 1120<br>MIAMI, FL  33131-1605 | SEARS CHARGE PLUS<br>PO BOX 183114<br>COLOMBUS, OH  43218-3114 |

EVELYN GONZALEZ GONZALEZ

HC 3 BOX 11996
CAMUY, PR  00627

ANGEL M EGOZCUE*

PO BOX 366087
SAN JUAN, PR  00936-6087

DATED: 10/29/2013

/s/ Walter Lugo
OFFICE OF THE CHAPTER 13 TRUSTEE